Hon. J. Richard Creatura

1

2

3

4

5

6                                   **UNITED STATES DISTRICT COURT**

7                            **WESTERN DISTRICT OF WASHINGTON, AT TACOMA**

8     EMPLOYEE PAINTERS' TRUST HEALTH &          Case No.: 15-mc-05019 JRC
      WELFARE FUND; WESTERN
9     WASHINGTON PAINTERS DEFINED
      CONTRIBUTION PENSION TRUST;              **ORDER FOR JUDGMENT DEBTOR**
10    WESTERN WASHINGTON                       **EXAMINATION OF BRIAN BESAW,**
      APPRENTICESHIP AND TRAINING TRUST        **INDIVIDUALLY AND AS AN OFFICER**
11    FUND; WESTERN WASHINGTON                 **OF RELIANCE PAINT CO., LLC**
      PAINTERS LABOR MANAGEMENT
12    COOPERATION TRUST FUND;
      INTERNATIONAL UNION OF PAINTERS
13    AND ALLIED TRADES PENSION FUND;
      and INTERNATIONAL BROTHERHOOD
14    OF PAINTERS AND ALLIED TRADES
      UNION & INDUSTRY FUND,
15
                      Plaintiffs / Judgment Creditors,
16
17            v.

18    RELIANCE PAINT CO., LLC, a Washington
      limited liability company, and BRIAN R.
19    BESAW and JANE DOE BESAW, a husband
      and wife and the martial property comprised
20    thereof,

21                    Defendants / Judgment Debtors.

22

23            Having considered Plaintiffs' Motion for Judgment Debtor Examination of Brian Besaw, on

24    behalf of himself and the martial community with his wife, Jane Doe Besaw, and as an Officer of

25    Reliance Paint Co., LLC, and the Declaration of Sean W. McDonald, and good cause appearing,

26                                                           **THE URBAN LAW FIRM**
                                                                    **and**
27                                                           **CHRISTENSEN JAMES & MARTIN**
      Order for Judgment Debtor Exam                         11900 NE 1st Street, Suite 300, Building G
                                                                    Bellevue, WA  98005
      of Brian Besaw                                         P. (425) 646-2394 / (702) 968-8087
28    (Case No. 3:15-mc-05019 JRC)                           F. (425) 462-5638 / (702) 968-
                                                             murban@theurbanlawfirm.com
                                                             smcdonald@theurbanlawfirm.com
                                                                  *Counsel for Plaintiffs*

                                          1

IT IS HEREBY ORDERED that Brian Besaw, on behalf of himself and the marital community with his wife, Jane Doe Besaw, and as an Officer of Reliance Paint Co., LLC, Defendants/Judgment Debtors, appear in **Courtroom D at the United States District Court for the Western District of Washington, located at 1717 Pacific Avenue, Tacoma, WA 98402-3200, on the 30th day of June, 2015, at 9:30 a.m.**, to be sworn in for a Judgment Debtor Examination and answer concerning property subject to the ownership and control of himself and Jane Doe Besaw, husband and wife, and Reliance Paint Co., LLC.

IT IS FURTHER ORDERED that Brian Besaw, on behalf of himself and the marital community with his wife, Jane Doe Besaw ("Debtor"), and as an Officer of Reliance Paint Co., LLC ("Debtor Company"), no later than seven days prior to the examination set above, produce to The Urban Law Firm, 4270 S. Decatur Blvd., Ste. A-9, Las Vegas, NV 89103 or such other location as the parties may agree, the following documents under their control or under the control of their agents, attorneys, or accountants:

1.      All financial statements prepared by or on behalf of Debtor and Debtor Company from June 1, 2013, to the present.

2.      All original monthly bank statements of Debtor and Debtor Company from June 1, 2013, to the present.

3.      All original savings account pass books, certificates of deposit, and trust certificates in the name of Debtor and Debtor Company from June 1, 2013, to the present.

4.      All original negotiable instruments and negotiable securities in the name of Debtor and Debtor Company from June 1, 2013, to the present.

5.      All evidence or other memoranda of any ownership interest of Debtor and Debtor Company in any other corporation, partnership, unincorporated association, or any business organized or conducted for the production of income from June 1, 2013, to the present.

Order for Judgment Debtor Exam
of Brian Besaw
(Case No. 3:15-mc-05019 JRC)

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
11900 NE 1st Street, Suite 300, Building G
Bellevue, WA  98005
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Plaintiffs*

6.      All evidence or other memoranda of any income received by Debtor and Debtor Company from June 1, 2013, to the present, including without limitation tax returns, insurance proceeds, or repayment of loans.

7.      All evidence or other memoranda of any employer or place of work or employment of Debtor and Debtor Company from June 1, 2013, to the present, including without limitation contracts, invoices, billings, vouchers, or payments.

8.      All evidence of any ownership interest of Debtor and Debtor Company, including without limitation bills of sale, pink slips, or any other record or title, in any motor vehicle, airplane, boat, equipment, or machinery, from June 1, 2013, to the present.

9.      All evidence of any debts or repayments owed by Debtor and Debtor Company, including without limitation those arising from loans or judgments from June 1, 2013, to the present.

10.     Any and all evidence or other memoranda indicating that Debtor and Debtor Company was either a plaintiff or a defendant in any lawsuit from June 1, 2013, to the present.

11.     Any and all evidence or memoranda indicating that Debtor and Debtor Company received any judgment, award, bequest, or devise in any lawsuit or other court action from June 1, 2013, to the present.

12.     Any and all evidence or memoranda indicating any ownership interest of Debtor and Debtor Company in any patent, invention, trade name, or copyright.

13.     Any and all evidence or memoranda indicating an ownership interest of Debtor and Debtor Company in any real property or developments on real property.

14.     Any and all evidence of the sale(s) of any real or personal property of Debtor and Debtor Company from June 1, 2013, to the present.

15.     Any and all loan applications filled out by Debtor and Debtor Company since June 1, 2013.

Order for Judgment Debtor Exam
of Brian Besaw
(Case No. 3:15-mc-05019 JRC)

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
11900 NE 1st Street, Suite 300, Building G
Bellevue, WA  98005
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Plaintiffs*

16.     Copies of all documents evidencing the sale or transfer of any assets of Debtor and Debtor Company from June 1, 2013, to the present.

17.     Any and all documents evidencing any federal or state tax liability of Debtor and Debtor Company.

18.     All accounts receivable of Debtor and Debtor Company from June 1, 2013, to the present.

19.     Original cash disbursement journals and check registers maintained in connection with any business of Debtor and Debtor Company from June 1, 2013, to the present.

20.     Federal income tax returns of Debtor and Debtor Company for the years 2012 and 2013.

21.     All payroll records and time cards of Debtor Company from June 1, 2013, to the present.

22.     All accounts receivable of Debtor Company from June 1, 2013, to the present.

23.     All daily job logs, diaries, or foreman reports of Debtor Company from June 1, 2013, to the present.

24.     All daily job tickets or invoices of Debtor Company from June 1, 2013, to the present.

25.     All daily job tickets or invoices of Debtor Company for work performed for Debtor Company from June 1, 2013, to the present.

26.     All canceled checks drawn on any account established in the name of Debtor and Debtor Company from June 1, 2013, to the present.

To the extent any of the records listed above are not available, Mr. Besaw shall be prepared to testify as to the unavailability of the records.

Order for Judgment Debtor Exam
of Brian Besaw
(Case No. 3:15-mc-05019 JRC)

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
11900 NE 1st Street, Suite 300, Building G
Bellevue, WA  98005
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
Counsel for Plaintiffs

4

1

## NOTICE TO THE JUDGMENT DEBTOR

2       **IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER,**

3   **YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT**

4   **AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY REASONABLE**

5   **ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.**

6

7                                                 Dated this 12th of May, 2015.

8                                                 _____

9                                                 J. Richard Creatura
                                                  United States Magistrate Judge
10

11

12   Submitted by:

13   **THE URBAN LAW FIRM**

14   *s/ Sean W. McDonald*
     _____
15   Michael A. Urban, Esq., WA State Bar No. 20251
     Sean W. McDonald, Esq., WA State Bar No. 48542
16   11900 NE 1st Street, Suite 300, Building G
     Bellevue, WA  98005
17   P. (425) 646-2394 / (702) 968-8087
     F. (425) 462-5638 / (702) 968-8088
18   murban@theurbanlawfirm.com
     smcdonald@theurbanlawfirm.com
19   *Attorneys for Plaintiffs / Judgment Creditors*

20

21

22

23

24

25

26                                              **THE URBAN LAW FIRM**
                                                          **and**
27                                         **CHRISTENSEN JAMES & MARTIN**
                                            11900 NE 1st Street, Suite 300, Building G
                                                      Bellevue, WA  98005
28   Order for Judgment Debtor Exam            P. (425) 646-2394 / (702) 968-8087
     of Brian Besaw                            F. (425) 462-5638 / (702) 968-
     (Case No. 3:15-mc-05019 JRC)              murban@theurbanlawfirm.com
                                               smcdonald@theurbanlawfirm.com
                                                  *Counsel for Plaintiffs*